```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JOSEPH BRODIE, | 1:20-cv-12713 (NLH) |
| Petitioner, | **MEMORANDUM OPINION & ORDER** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**APPEARANCES**:

Joseph Brodie
71142-050
Cumberland
Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1000
Cumberland, MD 21501

    Petitioner pro se

Craig Carpenito, United States Attorney
Sara Aliya Aliabadi, Assistant United States Attorney
U.S. Attorney's Office for the District of New Jersey
401 Market Street
P.O. Box 2098
Camden, NJ 08101

    Attorneys for Respondent

**HILLMAN, District Judge**

    WHEREAS, Petitioner Joseph Brodie filed a motion to correct, vacate, or set aside his federal sentence under 28 U.S.C. § 2255, ECF No. 1; and

    WHEREAS, Petitioner requests the appointment of counsel;

and

WHEREAS, a court may appoint counsel to any financially eligible person seeking relief under § 2255 when "the interests of justice so require . . . ." 18 U.S.C. § 3006A(a)(2)(B); and

WHEREAS, the Court appointed Petitioner an attorney from the Criminal Justice Act Panel to represent him during his trial, see United States v. Brodie, No. 18-cr-0162.  The Court concludes Petitioner is a financially eligible person; and

WHEREAS, the interests of justice would be served by appointing an attorney to represent Petitioner given the nature of the claims raised in the petition,

THEREFORE, IT IS on this  16th   day of September, 2020

ORDERED that the Court appoints counsel for Petitioner, 18 U.S.C. § 3006A; and it is further

ORDERED that the Clerk of the Court shall identify an attorney from the CJA list for appointment; and it is further

ORDERED that appointed counsel shall file an amended motion under 28 U.S.C. § 2255 within 60 days of their appointment; and it is finally

ORDERED that the Clerk shall send a copy of this Order to Petitioner by regular mail.

At Camden, New Jersey

s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.